**United States District Court**

**MIDDLE DISTRICT COURT OF DUVAL COUNTY OF FLORIDA**

**Paul Anthony Cononie,

Plaintiff**

v.

**Eden's Edge Apartments, The Klotz Group of Companies, TD Bank, Shelley Tarre, Koko Head, Mitchell Richie, & Judge Kelly Eckley-Moulder

Defendants**

**Complaint**

Dear Clerk of the Court,


I write to formally submit this complaint against The Klotz Group of Companies, Eden's Edge,TD Bank, Shelley Tarre, Koko Head, Mitchell Richie (MGDF Law Firm), and Hon. Kelly Eckley-Moulder for their roles in a series of unlawful acts against me, including identity theft, fraud, defamation, breach of fiduciary duties, violations under the Racketeer Influenced and Corrupt Organizations (RICO) Act, and coercive retaliation. The detailed facts below establish clear legal violations that demand court intervention and remedy.

### **Timeline and Specific Claims**


**Janurary 2022 - April 2022: ** During this period, I submitted a rental application for rental assistance while living at Eden's Edge Apartments at 7101 Wilson Blvd, Apt. 5110, Jacksonville, FL 32210. Despite my ongoing efforts and communications with Shelley Tarre, the property manager of Eden's Edge, I was continuously threatened with late fees and legal actions via emails.


On **April 22, 2022**, I received an eviction court summons, even though my rental assistance application was actively being processed with no caseworker that was assigned to my case after reaching out to Our Florida on April 15th 2022. This slum lord knew about the constant German roaches problem and never did anything to fix the issue.

During this moment in time, the Judge Kelly Eckley-Moulder moved forward with entering a plea for myself as that is not only practicing law behind the bench. It also

violation of the law once a judge enters a plea on your behalf without your consent nor a plea to be taken accountable for the Defendant's behalf. Due to the fact of being homeless, living in my Jeep as well as working, I could not take the day off work as I needed the money to survive and make ends meet.

Once again, shows this legal system on cares about thriving off the uneducated and the poor. Mitchell Richie is a known greedy lawyer down in Florida with the bar number # 973718, who not only represents, slumlords in every legal matter he takes, as he only cares about his pockets getting bigger with no remorse of the repercussions of his fraud like behaviors, which in turn is now under a RICO scenario.

**April/May 2022: ** After the evictions happened, I began experiencing a series of troubling events, which I believe were coordinated as part of a larger harassment campaign. These included being followed, recorded, and stalked by unknown individuals throughout the state of Florida from Jacksonville, Yulee, to Kingston, Georgia as well as the gulf coast of Florida. Vehicles with continuous high beams followed me at day/night, and I was subjected to tailgating and dangerous driving maneuvers meant to cause accidents and intimidating tactics. These occurrences led me to believe that I was being targeted as part of a deliberate campaign, possibly linked to Eden's Edge and/or The Klotz Group, exacerbated by the coercive threats made by a family member(mother) who randomly quid pro quo 'ed me into an unwanted life insurance policy while in Florida that was written by a one Chelsey Kallon.

I reached out to Chelsey Kallon, in which the insurance company (American National she worked for) directly via Facebook Messenger as being an ex-friend of mine as I asked for my policy to be cancelled in which she said it was up to my mother who had full control of the policy and not me, which was quizzical. Later, I found out around approx. sometime mid-August, I had full control of the policy as I reached out to them. I have reason to believe since I found out that information and made it known, things were fixed by American National due to my mother.

Now, despite reporting these stalking and harassing matters to local police, such as the Yulee Police Department and later the Pittsburgh Police upon returning home, no formal action was taken. The stalking, tailgating, and dangerous driving continued upon my return to Pittsburgh in approx. **October 2022**, confirming that these acts were persistent and calculated. I was pulled over by a police officer (3 days after coming home on Greentree Road near the Giant Eagle) I remember the face of that officer due to the fact, years earlier he was tailgating me in his white Ford Taurus Sho for no reason directly that I pull over after giving him the middle finger, once he had me pulled

over he flashed a badge and got into his vehicle. Which I immediately, reported to the Robinson Police Department off Campbell's Run Road. They didn't do anything but take my information without filling out a formal complaint to hide the corruption of the lovely brotherhood of the police. He did a license plate check to see if I really did comeback from FL due to my personal belongings in my vehicle still. He eventually just let me go on my way.

**\*\*August 2023 - September 2024: \*\***

After conducting independent research as well as studying contract law and the Uniform Commercial Code (UCC), I realized that the eviction initiated by Eden's Edge was unlawful as well as fraud. Under UCC 3-104, the rental agreement qualifies as a negotiable instrument, establishing that the rent had already been paid. Moreover, under UCC 3-308, it is the responsibility of the Klotz Group to prove any claims of unpaid rent or charges, which they have failed to do.

On \*\*August 5, 2023\*\*, I contacted The Klotz Group and spoke with Koko Head, their legal advisor at the time. When I confronted him about the fraud and illegal actions surrounding my eviction, he responded by yelling and abruptly hanging up the phone. Subsequent attempts to reach a resolution have been ignored, with The Klotz Group refusing to return ANY of my calls.

On November 10th 2023- I once again reached out to The Klotz Group of companies as I left a message for Koko Head to give me a call back with one of their secretaries.

On November 15th 2023 – I called Professional Debt Medication and said I need a debt validation letter of this debt because I did not sign a contract with them but, they also were along for the ride dealing with the illegal reporting on my consumer report.

On December 5th, 2023- I reached out another time to the same routine of leave a message for their legal team to reach out back to me.

On June 5th 2024- I faxed Professional Debt Mediation with my Notice of Intent to Sue Letter which I also sent out via snail mail to The Klotz Group of Companies.

On July 10th 2024- I once again called The Klotz Group of Companies about this issue and the secretary was playing the game of deflection and false hope of oh yes, we will settle this matter out of court.

On August 15th- I once again called The Klotz Group of Companies to see if they were willing to settle this matter out of court. Since, then Koko Head supposedly left the company to take care of his "sick" father. I was directed to get in touch with the new

legal representative for this company, Christopher Lee at extension 338. Once again, failure to call me back about this issue to settle out of court.

On September, 3rd & 10th – Another instance of calling back to this company with the sheer ignorance of being blown off once again, trying to reach a Christopher Lee as well as the CEO Jeff Klotz.

### **Detailed Legal Violations (Uniform Commerical Code)**

I, Paul Cononie, hereby file this complaint against Eden's Edge Apartments, The Klotz Group, TD BANK(For being the bank THAT deals with The Klotz Group), property manager Shelley Tarre, ex- legal advisor Koko Head, attorney Mitchell S Richie, and Judge Kelly Eckley-Moulder for multiple civil rights violations, identity theft, fraud, defamation, RICO violations, and due process violations.

This complaint highlights serious misconduct that has resulted in personal harm and financial damages exceeding $500 million. Each of these actions is supported by relevant statutes, codes, and case law to demand proper judicial intervention.

Starting off, since we are under trust law & contract laws. Under contract law following the guidelines and standards of the Uniform Commerical Code. A Rental agreement/contract/ is to be considered the "negotiable instrument" per UCC 3-104. That's how a Klotz Group/their lender, can initiate their "installment contracts" of rent to their various own properties. Now, that rental agreement/contract has an electronic signature/initial that these violations fall under UCC 3-308 – Proof of Signatures and status as holder in due course.

The whole concept of evictions is to regain said property back, A Klotz Group of Companies did receive that in return with no hesitations even with their threats of coercions. Since evictions is a rental agreement, basically with their lender a.k.a TD Bank, a security agreement. The Lease agreement is basically evidence that the rent has already been paid. The Rental/Lease agreement is considered a security agreement. There was no need to sue me in return for getting said property back as well. This is also considered, pursuant to UCC 3-307: NOTICE OF BREACH OF FIDUCIARY DUTY. From a legal standpoint, you can only charge for the actual RENT amount due and nothing more. A Klotz Group/Edens Edge put under the final charges "BAD CREDIT" due to their added stipulation section of the rental agreement/contract, so that they can add "legal fees" or other deceptive practice fees that were also included in the rent, they would never inform anyone what the  I'm not quite sure how "BAD CREDIT" is considered a "legal fee". It sounds more like slander/libel/defamation in this personal matter at hand.

This is where identity theft comes into the picture. They spelled my name completely wrong, and I never had an alias of "CANONE." Now, let's break down the legal term of what is identity theft - _it occurs when someone uses another person's personally identifying information, like a person's name, SSN or credit card number or other financial information, without permission,_

<u>*to commit fraud or other crimes.*</u> FLORIDA STATUTE USC 817.02 as well as USC 817.568 covers this matter at hand.

Furthermore, since there is no documented proof of the delegation of authority) on file of whatsoever of A Klotz Group of Companies' attorney/prosecutor(Mitchell S Richie) gained or obtained authority from the U.S Secretary of Treasury pursuant to 26 USC 2032a 11. Acting as an heir under my estate (ALL CAPS NAME)

The judge administrator is acting as a fiduciary over your estate (ALL CAPS NAME) To initiate the case he/she was to get authority from the Secretary of Treasury pursuant to 26 6903(a) this is a due process violation. This shows they did this to violate and hide their tax obligations committing tax fraud on top of tax avoidance every time.

Unless you consent to showing up, (in which I did not show up nor consent) if one is forced the kangaroo court will address the fiduciary relationship the judge attempting to form. He/She must recuse him/herself pursuant 28 USC 455 Sec. 4.

Now this leads to Hon. Kelly Eckley-Moulder as well as A Klotz Group & others in a conspiracy of partaking under 42 USC 12203(2) (Prohibition against retaliation and coercion) as well as 18 USC 894(Collection of extensions of credit by extortionate) means; assisting A Klotz Group/TD BANK in this matter.

--- ### **Timeline of Events and Legal Violations**

**1. February 2022 - April 2022: Fraud, Misrepresentation, and Harassment** During the aforementioned period, I applied for rental assistance while living at Eden's Edge Apartments. Despite this, property manager Shelley Tarre issued continuous threats of late fees and legal action, culminating in the issuance of an eviction summons on April 20, 2022. This eviction was premature and illegal, as my rental assistance was under active consideration. This eviction notice, and subsequent threats of legal action, were designed to induce fear and coerce me into compliance. **This constitutes fraudulent misrepresentation**, as the landlord had no valid cause to pursue legal action at that time. By continuing to enforce an invalid eviction, Eden's Edge violated UCC 3-104, which clearly defines that rental agreements are **negotiable instruments**. As such, the rent had already been considered "paid" under contract law. **Legal Basis**: Under UCC 3-308, the burden of proof falls on the party alleging a breach of contract to demonstrate non-payment. However, no legitimate proof was offered by the landlord, rendering their claim fraudulent. ---

**2. Identity Theft and Fraudulent Use of Personal Information (April 2022)** I assert that the deliberate misspelling of my name as "CANONE," a name I have never used, constitutes a violation of **Florida Statutes 817.02 (Fraudulent Practices)** and **USC

817.568 (Criminal Use of Personal Identification Information)**. The fraudulent use of an alias has led to defamation of my character, financial harm, and distress. This form of identity theft has caused significant damage to my reputation and financial standing and violates both state and federal statutes prohibiting such conduct. **Legal Basis**: Identity theft laws are explicit under **Florida Statutes 817.568**, where the wrongful use of personal information is punishable. By using an incorrect name in official proceedings, Eden's Edge, and associated parties, knowingly engaged in fraudulent misrepresentation for personal gain.

— **3. April/May 2022: Coordinated Harassment Campaign** After receiving the fraudulent eviction notice, I was targeted by individuals associated with Eden's Edge, The Klotz Group, or other actors. I experienced harassment, including being stalked, followed by vehicles, and subjected to dangerous driving maneuvers. These acts were carried out with the intent to intimidate and harm me further. Upon reporting this harassment to law enforcement, including the Yulee Police Department and later the Pittsburgh Police, no formal action was taken. This failure to act does not negate the orchestrated efforts by Eden's Edge and its affiliates to force me out of my home through psychological intimidation. Such behavior is consistent with coercion and harassment tactics prohibited under **42 USC 12203 (Prohibition Against Retaliation and Coercion)**.

— **4. August 2023 - September 2024: Discovery of Unlawful Eviction** Upon conducting extensive research into contract law and the **Uniform Commercial Code (UCC)**, I discovered that the eviction carried out by Eden's Edge was not only premature but also unlawful under UCC regulations. **Under UCC 3-104**, the rental agreement in question qualifies as a **negotiable instrument**, meaning the rent is considered "paid" upon issuance of the agreement. This renders any demand for additional payment invalid without proof of default. Eden's Edge failed to provide any such proof, violating **UCC 3-308**, which places the burden of proof on the party alleging non-payment. Their fraudulent actions, disguised as legal fees and "bad credit" charges, were a direct attempt to defraud me and harm my financial reputation. **This constitutes defamation** under the common law and federal statutes governing consumer protections. **Legal Basis**: UCC 3-104 clearly defines the elements of a negotiable instrument, and UCC 3-308 further stipulates the burden of proof required in debt-related disputes. The defendants' failure to meet these criteria demonstrates intentional fraud and deceit.

— **5. RICO Violations (18 USC 1962)** The coordinated actions of The Klotz Group, Eden's Edge, Shelley Tarre, Koko Head, and their legal representatives amount to **Racketeer Influenced and Corrupt Organizations (RICO) violations under 18 USC 1962**. Their fraudulent pursuit of funds through falsified charges, manipulation of

financial records, and intentional misrepresentation of debts constitutes racketeering activity. This conspiracy to defraud me of my rightful property and extort additional payments is a clear example of criminal behavior under federal law.

— **6. Retaliation and Coercion** The actions taken by the defendants, including Judge Kelly Eckley-Moulder, are retaliatory in nature and designed to coerce me into submission. These actions violate **42 USC 12203(2)**, which prohibits any form of retaliation or coercion against an individual asserting their rights under federal law. This retaliation, particularly in the form of illegal charges and the ongoing legal battle, has caused significant harm.

— ### **Relief Sought

Considering the numerous legal violations described above, I respectfully demand the following relief from the Court:

1. **Compensatory Damages**: I seek $500 million in compensatory damages for the financial, emotional, and reputational harm caused by the defendants' fraudulent actions, identity theft, and defamation. The defendants' intentional actions have resulted in severe and lasting damages, both financially and personally.

2. **Punitive Damages**: In addition to compensatory damages, I request punitive damages in an amount determined by the Court to punish the defendants for their egregious conduct and to deter similar actions in the future.

3. **Injunctive Relief**: I request an injunction to prevent further retaliation, fraud, and defamation by Eden's Edge, The Klotz Group, and their associates.

4. **Recovery of Legal Fees**: I seek the full recovery of all legal fees and costs incurred in pursuing this action due to the malicious intent and bad faith of the defendants.

5. **Referral for Criminal Investigation**: I request that this matter be referred to the U.S. Attorney's Office for a full investigation with protection under Qui Tam Whistleblowers Protection that also goes together with the RICO violations, identity theft, and fraudulent practices perpetrated by Eden's Edge, The Klotz Group, and associated parties

The actions of the Klotz Group and their representatives establish an undeniable pattern of fraud, harassment, and violation of my civil rights. I trust that the Court will recognize the gravity of these claims and allow this case to proceed without delay or procedural dismissal. Justice requires full attention to the facts presented and swift action to remedy these egregious violations. Thank you for your consideration of this matter. I look forward to your guidance on the next steps in this legal process.

Sincerely,

Paul Cononie

_____

